# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| ALI-MOHAMED KIDUDU, | ) | CASE NO. C08-0651-RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF TRANSFER |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed Petitioner's Petition for Writ of Habeas Corpus, Respondent's Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This Court is without jurisdiction to consider petitioner's habeas petition under 28 U.S.C. § 2241. Accordingly, the Clerk is directed to close this case and transfer all original documents to the United States District Court for the Central District of California, and to terminate any motions pending from this Court's calendar.

ORDER OF TRANSFER
PAGE -1

01     (3)    The Clerk is further directed to send a copy of this Order to the parties and to

02     Judge Theiler.

DATED this 19th day of September, 2008.

RICARDO S. MARTINEZ  
UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER  
PAGE -2